# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| T-Rex Sports, LLC, | : | |
| | : | Case No.  24-12402 (PMM) |
| Debtor. | : | |

# O R D E R

**AND NOW,** the Debtor having elected to proceed under Subchapter V of Chapter 11 of the United States Bankruptcy Code, it is hereby

**ORDERED** that:

1. A Status Conference as required by 11 U.S.C. §1188 is **SCHEDULED** for **Tuesday, September 10, 2024 at 11:00 a.m. EST** in the United States Bankruptcy Court, the Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, PA 19601; and

2. The Debtor shall file a status report as required by 11 U.S.C. §1188(c) on or before August 27, 2024.

**Date:  July 16 2024**

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**