# EXHIBIT "A"
# T-REX SPORTS, LLC
# LIQUIDATION ANALYSIS

# SCHEDULE

## T-REX SPORTS, LLC
## BANKRUPTCY NO. 24-12402 (PMM)
## LIQUIDATION ANALYSIS

### Projected as of January 31, 2025

| ASSETS | MARKET VALUE | LIQUIDATION VALUE* |
|---|---|---|
| Cash | 100 | 0 |
| Accounts Receivable | 519,000 | 19,000 |
| Intellectual Property | 0 | 0 |
| Office Equipment and Furnishings | 2,500.00 | 500. |
| Inventory | 260,000. | 13,000 |
| **Value of Assets** | **781,600.00** | **32,500.00** |

**LIABILITIES**

A. **SECURED CLAIMS**

    0

B. **ADMINISTRATIVE CLAIMS**

| | |
|---|---|
| Chapter 11[1] | 65,000 |
| Chapter 7 | 20,000 |
| | 85,000 |

**Total Secured and Administrative Claims**       **85,000**

    The total of the secured, administrative and priority tax claims exceed the market and liquidation value of the assets. Therefore, there is a deficiency in the value of the assets in the context of a liquidation.

    Based upon these assumptions, the Debtor estimates that it is unlikely that Allowed Priority Unsecured Claims will be paid and, further, no distribution is contemplated to holders of Allowed General Unsecured Claims in the context of a liquidation.

    * The Accounts Receivable main assets is a contested lawsuit the outcome of which is unknown. It is anticipated that a Chapter 7 Trustee will not move forward with the lawsuit due the cost of prosecution. The Inventory is based on the auction value of the assets.

---

[1] Chapter 11 administrative claims are estimated to total approximately $65,000. Professional fees through the Effective date of the Plan are estimated to be $65,000.00.