**EXHIBIT "B"**
**T-REX SPORTS, LLC**
**CASH FLOW ANALYSIS**

# T-Rex Sports, LLC
Projected Cash Flow

| 2025 | | FEB | MAR | Q1 TOTAL | APR | MAY | JUN | Q2 TOTAL | JUL | AUG |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | |
| Sales Revenue | | $ 500,000.00 | $ 500,000.00 | $ 1,000,000.00 | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 1,500,000.00 | $ 500,000.00 | $ 500,000.00 |
| | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH RECEIPTS** | $ - | $ 500,000.00 | $ 500,000.00 | $ 1,000,000.00 | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 1,500,000.00 | $ 500,000.00 | $ 500,000.00 |
| **CASH PAYMENT** | | | | | | | | | | |
| Cost of Goods Sold | | $ 480,000.00 | $ 480,000.00 | $ 960,000.00 | $ 480,000.00 | $ 480,000.00 | $ 480,000.00 | $ 1,440,000.00 | $ 480,000.00 | $ 480,000.00 |
| Office Rent | | $ 1,500.00 | $ 1,500.00 | $ 3,000.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 4,500.00 | $ 1,500.00 | $ 1,500.00 |
| Utilities | | $ 525.00 | $ 525.00 | $ 1,050.00 | $ 525.00 | $ 525.00 | $ 525.00 | $ 1,575.00 | $ 525.00 | $ 525.00 |
| Show Setup and Expenses | | $ 1,250.00 | $ 1,250.00 | $ 2,500.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 3,750.00 | $ 1,250.00 | $ 1,250.00 |
| Travel for Shows | | $ 1,900.00 | $ 1,900.00 | $ 3,800.00 | $ 1,900.00 | $ 1,900.00 | $ 1,900.00 | $ 5,700.00 | $ 1,900.00 | $ 1,900.00 |
| Health Insurance | | $ 1,350.00 | $ 1,350.00 | $ 2,700.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 4,050.00 | $ 1,350.00 | $ 1,350.00 |
| Shipping | | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 3,000.00 | $ 1,000.00 | $ 1,000.00 |
| Guaranteed Payment to Partner | | $ 8,250.00 | $ 8,250.00 | $ 16,500.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 |
| Other | $ - | $ 500.00 | $ 500.00 | $ 1,000.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,500.00 | $ 500.00 | $ 500.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH PAYMENTS** | $ - | $ 496,275.00 | $ 496,275.00 | $ 992,550.00 | $ 496,275.00 | $ 496,275.00 | $ 496,275.00 | $ 1,488,825.00 | $ 496,275.00 | $ 496,275.00 |
| **NET CASH FLOW** | $ - | $ 3,725.00 | $ 3,725.00 | $ 7,450.00 | $ 3,725.00 | $ 3,725.00 | $ 3,725.00 | $ 11,175.00 | $ 3,725.00 | $ 3,725.00 |
| **CREDITOR PAYMENT PLAN** | | $ 3,000.00 | $ 3,000.00 | $ 6,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 |
| **COMPANY RESERVES** | | $ 725.00 | $ 725.00 | $ 1,450.00 | $ 725.00 | $ 725.00 | $ 725.00 | $ 2,175.00 | $ 725.00 | $ 725.00 |

# MONTHLY CASH FLOW

Prepared by: Robert Parsons
Date Last Updated: 2/3/2025

| | SEP | Q3 TOTAL | OCT | NOV | DEC | Q4 TOTAL | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| | $ 500,000.00 | $ 1,500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 1,500,000.00 | $ 5,500,000.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 500,000.00 | $ 1,500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 500,000.00 | $ 1,500,000.00 | $ 5,500,000.00 |
| | $ 480,000.00 | $ 1,440,000.00 | $ 480,000.00 | $ 480,000.00 | $ 480,000.00 | $ 1,440,000.00 | $ 5,280,000.00 |
| | $ 1,500.00 | $ 4,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 4,500.00 | $ 16,500.00 |
| | $ 525.00 | $ 1,575.00 | $ 525.00 | $ 525.00 | $ 525.00 | $ 1,575.00 | $ 5,775.00 |
| | $ 1,250.00 | $ 3,750.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 3,750.00 | $ 13,750.00 |
| | $ 1,900.00 | $ 5,700.00 | $ 1,900.00 | $ 1,900.00 | $ 1,900.00 | $ 5,700.00 | $ 20,900.00 |
| | $ 1,350.00 | $ 4,050.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 4,050.00 | $ 14,850.00 |
| | $ 1,000.00 | $ 3,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 3,000.00 | $ 11,000.00 |
| | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 90,750.00 |
| | $ 500.00 | $ 1,500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,500.00 | $ 5,500.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 496,275.00 | $ 1,488,825.00 | $ 496,275.00 | $ 496,275.00 | $ 496,275.00 | $ 1,488,825.00 | $ 5,459,025.00 |
| | $ 3,725.00 | $ 11,175.00 | $ 3,725.00 | $ 3,725.00 | $ 3,725.00 | $ 11,175.00 | $ 40,975.00 |
| | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | |
| | $ 725.00 | $ 2,175.00 | $ 725.00 | $ 725.00 | $ 725.00 | $ 2,175.00 | |

# T-Rex Sports, LLC

Projected Cash Flow

| 2026 | JAN | FEB | MAR | Q1 TOTAL | APR | MAY | JUN | Q2 TOTAL | JUL | AUG |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | |
| Sales Revenue | $ 515,000.00 | $ 515,000.00 | $ 515,000.00 | $ 1,545,000.00 | $ 515,000.00 | $ 515,000.00 | $ 515,000.00 | $ 1,545,000.00 | $ 515,000.00 | $ 515,000.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH RECEIPTS** | $ 515,000.00 | $ 515,000.00 | $ 515,000.00 | $ 1,545,000.00 | $ 515,000.00 | $ 515,000.00 | $ 515,000.00 | $ 1,545,000.00 | $ 515,000.00 | $ 515,000.00 |
| **CASH PAYMENT** | | | | | | | | | | |
| Cost of Goods Sold | $ 494,500.00 | $ 494,500.00 | $ 494,500.00 | $ 1,483,500.00 | $ 494,500.00 | $ 494,500.00 | $ 494,500.00 | $ 1,483,500.00 | $ 494,500.00 | $ 494,500.00 |
| Office Rent | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 4,725.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 4,725.00 | $ 1,575.00 | $ 1,575.00 |
| Utilities | $ 550.00 | $ 550.00 | $ 550.00 | $ 1,650.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 1,650.00 | $ 550.00 | $ 550.00 |
| Show Setup and Expenses | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 3,900.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 3,900.00 | $ 1,300.00 | $ 1,300.00 |
| Travel for Shows | $ 1,950.00 | $ 1,950.00 | $ 1,950.00 | $ 5,850.00 | $ 1,950.00 | $ 1,950.00 | $ 1,950.00 | $ 5,850.00 | $ 1,950.00 | $ 1,950.00 |
| Health Insurance | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 |
| Shipping | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 3,300.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 3,300.00 | $ 1,100.00 | $ 1,100.00 |
| Guaranteed Payment to Partner | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 |
| Other | $ 550.00 | $ 550.00 | $ 550.00 | $ 1,650.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 1,650.00 | $ 550.00 | $ 550.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH PAYMENTS** | $ 511,225.00 | $ 511,225.00 | $ 511,225.00 | $ 1,533,675.00 | $ 511,225.00 | $ 511,225.00 | $ 511,225.00 | $ 1,533,675.00 | $ 511,225.00 | $ 511,225.00 |
| **NET CASH FLOW** | $ 3,775.00 | $ 3,775.00 | $ 3,775.00 | $ 11,325.00 | $ 3,775.00 | $ 3,775.00 | $ 3,775.00 | $ 11,325.00 | $ 3,775.00 | $ 3,775.00 |
| **CREDITOR PAYMENT PLAN** | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 |
| **COMPANY RESERVES** | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 |

# MONTHLY CASH FLOW

Prepared by: Robert Parsons
Date Last Updated: 2/3/2025

| | SEP | Q3 TOTAL | OCT | NOV | DEC | Q4 TOTAL | Total |
|---|---|---|---|---|---|---|---|
| | $ 515,000.00 | $ 1,545,000.00 | $ 515,000.00 | $ 515,000.00 | $ 515,000.00 | $ 1,545,000.00 | $ 6,180,000.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 515,000.00 | $ 1,545,000.00 | $ 515,000.00 | $ 515,000.00 | $ 515,000.00 | $ 1,545,000.00 | $ 6,180,000.00 |
| | $ 494,500.00 | $ 1,483,500.00 | $ 494,500.00 | $ 494,500.00 | $ 494,500.00 | $ 1,483,500.00 | $ 5,934,000.00 |
| | $ 1,575.00 | $ 4,725.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 4,725.00 | $ 18,900.00 |
| | $ 550.00 | $ 1,650.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 1,650.00 | $ 6,600.00 |
| | $ 1,300.00 | $ 3,900.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 3,900.00 | $ 15,600.00 |
| | $ 1,950.00 | $ 5,850.00 | $ 1,950.00 | $ 1,950.00 | $ 1,950.00 | $ 5,850.00 | $ 23,400.00 |
| | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 17,400.00 |
| | $ 1,100.00 | $ 3,300.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 3,300.00 | $ 13,200.00 |
| | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 99,000.00 |
| | $ 550.00 | $ 1,650.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 1,650.00 | $ 6,600.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 511,225.00 | $ 1,533,675.00 | $ 511,225.00 | $ 511,225.00 | $ 511,225.00 | $ 1,533,675.00 | $ 6,134,700.00 |
| | $ 3,775.00 | $ 11,325.00 | $ 3,775.00 | $ 3,775.00 | $ 3,775.00 | $ 11,325.00 | $ 45,300.00 |
| | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | |
| | $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | |

# T-Rex Sports, LLC

Projected Cash Flow

| 2027 | JAN | FEB | MAR | Q1 TOTAL | APR | MAY | JUN | Q2 TOTAL | JUL | AUG |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | |
| Sales Revenue | $ 525,000.00 | $ 525,000.00 | $ 525,000.00 | $ 1,575,000.00 | $ 525,000.00 | $ 525,000.00 | $ 525,000.00 | $ 1,575,000.00 | $ 525,000.00 | $ 525,000.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH RECEIPTS** | $ 525,000.00 | $ 525,000.00 | $ 525,000.00 | $ 1,575,000.00 | $ 525,000.00 | $ 525,000.00 | $ 525,000.00 | $ 1,575,000.00 | $ 525,000.00 | $ 525,000.00 |
| **CASH PAYMENT** | | | | | | | | | | |
| Cost of Goods Sold | $ 504,000.00 | $ 504,000.00 | $ 504,000.00 | $ 1,512,000.00 | $ 504,000.00 | $ 504,000.00 | $ 504,000.00 | $ 1,512,000.00 | $ 504,000.00 | $ 504,000.00 |
| Office Rent | $ 1,675.00 | $ 1,675.00 | $ 1,675.00 | $ 5,025.00 | $ 1,675.00 | $ 1,675.00 | $ 1,675.00 | $ 5,025.00 | $ 1,675.00 | $ 1,675.00 |
| Utilities | $ 575.00 | $ 575.00 | $ 575.00 | $ 1,725.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 1,725.00 | $ 575.00 | $ 575.00 |
| Show Setup and Expenses | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 4,050.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 4,050.00 | $ 1,350.00 | $ 1,350.00 |
| Travel for Shows | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 6,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 6,000.00 | $ 2,000.00 | $ 2,000.00 |
| Health Insurance | $ 1,550.00 | $ 1,550.00 | $ 1,550.00 | $ 4,650.00 | $ 1,550.00 | $ 1,550.00 | $ 1,550.00 | $ 4,650.00 | $ 1,550.00 | $ 1,550.00 |
| Shipping | $ 1,225.00 | $ 1,225.00 | $ 1,225.00 | $ 3,675.00 | $ 1,225.00 | $ 1,225.00 | $ 1,225.00 | $ 3,675.00 | $ 1,225.00 | $ 1,225.00 |
| Guaranteed Payment to Partner | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 |
| Other | $ 600.00 | $ 600.00 | $ 600.00 | $ 1,800.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 1,800.00 | $ 600.00 | $ 600.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH PAYMENTS** | $ 521,225.00 | $ 521,225.00 | $ 521,225.00 | $ 1,563,675.00 | $ 521,225.00 | $ 521,225.00 | $ 521,225.00 | $ 1,563,675.00 | $ 521,225.00 | $ 521,225.00 |
| **NET CASH FLOW** | $ 3,775.00 | $ 3,775.00 | $ 3,775.00 | $ 11,325.00 | $ 3,775.00 | $ 3,775.00 | $ 3,775.00 | $ 11,325.00 | $ 3,775.00 | $ 3,775.00 |
| **CREDITOR PAYMENT PLAN** | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 |
| **COMPANY RESERVES** | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 |

# MONTHLY CASH FLOW

Prepared by: Robert Parsons
Date Last Updated: 2/3/2025

| SEP | Q3 TOTAL | OCT | NOV | DEC | Q4 TOTAL | Total |
|---|---|---|---|---|---|---|
| $ 525,000.00 | $ 1,575,000.00 | $ 525,000.00 | $ 525,000.00 | $ 525,000.00 | $ 1,575,000.00 | $ 6,300,000.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **$ 525,000.00** | **$ 1,575,000.00** | **$ 525,000.00** | **$ 525,000.00** | **$ 525,000.00** | **$ 1,575,000.00** | **$ 6,300,000.00** |
| $ 504,000.00 | $ 1,512,000.00 | $ 504,000.00 | $ 504,000.00 | $ 504,000.00 | $ 1,512,000.00 | $ 6,048,000.00 |
| $ 1,675.00 | $ 5,025.00 | $ 1,675.00 | $ 1,675.00 | $ 1,675.00 | $ 5,025.00 | $ 20,100.00 |
| $ 575.00 | $ 1,725.00 | $ 575.00 | $ 575.00 | $ 575.00 | $ 1,725.00 | $ 6,900.00 |
| $ 1,350.00 | $ 4,050.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 4,050.00 | $ 16,200.00 |
| $ 2,000.00 | $ 6,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 6,000.00 | $ 24,000.00 |
| $ 1,550.00 | $ 4,650.00 | $ 1,550.00 | $ 1,550.00 | $ 1,550.00 | $ 4,650.00 | $ 18,600.00 |
| $ 1,225.00 | $ 3,675.00 | $ 1,225.00 | $ 1,225.00 | $ 1,225.00 | $ 3,675.00 | $ 14,700.00 |
| $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 99,000.00 |
| $ 600.00 | $ 1,800.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 1,800.00 | $ 7,200.00 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **$ 521,225.00** | **$ 1,563,675.00** | **$ 521,225.00** | **$ 521,225.00** | **$ 521,225.00** | **$ 1,563,675.00** | **$ 6,254,700.00** |
| **$ 3,775.00** | **$ 11,325.00** | **$ 3,775.00** | **$ 3,775.00** | **$ 3,775.00** | **$ 11,325.00** | **$ 45,300.00** |
| $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | |
| $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | |

# T-Rex Sports, LLC
Projected Cash Flow

| 2028 | JAN | FEB | MAR | Q1 TOTAL | APR | MAY | JUN | Q2 TOTAL | JUL | AUG |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | |
| Sales Revenue | $ 535,000.00 | $ 535,000.00 | $ 535,000.00 | $ 1,605,000.00 | $ 535,000.00 | $ 535,000.00 | $ 535,000.00 | $ 1,605,000.00 | $ 535,000.00 | $ 535,000.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH RECEIPTS** | $ 535,000.00 | $ 535,000.00 | $ 535,000.00 | $ 1,605,000.00 | $ 535,000.00 | $ 535,000.00 | $ 535,000.00 | $ 1,605,000.00 | $ 535,000.00 | $ 535,000.00 |
| **CASH PAYMENT** | | | | | | | | | | |
| Cost of Goods Sold | $ 513,500.00 | $ 513,500.00 | $ 513,500.00 | $ 1,540,500.00 | $ 513,500.00 | $ 513,500.00 | $ 513,500.00 | $ 1,540,500.00 | $ 513,500.00 | $ 513,500.00 |
| Office Rent | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 5,250.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 5,250.00 | $ 1,750.00 | $ 1,750.00 |
| Utilities | $ 625.00 | $ 625.00 | $ 625.00 | $ 1,875.00 | $ 625.00 | $ 625.00 | $ 625.00 | $ 1,875.00 | $ 625.00 | $ 625.00 |
| Show Setup and Expenses | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 4,200.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 4,200.00 | $ 1,400.00 | $ 1,400.00 |
| Travel for Shows | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 6,150.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 6,150.00 | $ 2,050.00 | $ 2,050.00 |
| Health Insurance | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 4,950.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 4,950.00 | $ 1,650.00 | $ 1,650.00 |
| Shipping | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 4,050.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 4,050.00 | $ 1,350.00 | $ 1,350.00 |
| Guaranteed Payment to Partner | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 |
| Other | $ 650.00 | $ 650.00 | $ 650.00 | $ 1,950.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 1,950.00 | $ 650.00 | $ 650.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH PAYMENTS** | $ 531,225.00 | $ 531,225.00 | $ 531,225.00 | $ 1,593,675.00 | $ 531,225.00 | $ 531,225.00 | $ 531,225.00 | $ 1,593,675.00 | $ 531,225.00 | $ 531,225.00 |
| **NET CASH FLOW** | $ 3,775.00 | $ 3,775.00 | $ 3,775.00 | $ 11,325.00 | $ 3,775.00 | $ 3,775.00 | $ 3,775.00 | $ 11,325.00 | $ 3,775.00 | $ 3,775.00 |
| **CREDITOR PAYMENT PLAN** | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 |
| **COMPANY RESERVES** | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 |

# MONTHLY CASH FLOW

Prepared by: Robert Parsons
Date Last Updated: 2/3/2025

| | SEP | Q3 TOTAL | OCT | NOV | DEC | Q4 TOTAL | Total |
|---|---|---|---|---|---|---|---|
| | $ 535,000.00 | $ 1,605,000.00 | $ 535,000.00 | $ 535,000.00 | $ 535,000.00 | $ 1,605,000.00 | $ 6,420,000.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 535,000.00 | $ 1,605,000.00 | $ 535,000.00 | $ 535,000.00 | $ 535,000.00 | $ 1,605,000.00 | $ 6,420,000.00 |
| | $ 513,500.00 | $ 1,540,500.00 | $ 513,500.00 | $ 513,500.00 | $ 513,500.00 | $ 1,540,500.00 | $ 6,162,000.00 |
| | $ 1,750.00 | $ 5,250.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 5,250.00 | $ 21,000.00 |
| | $ 625.00 | $ 1,875.00 | $ 625.00 | $ 625.00 | $ 625.00 | $ 1,875.00 | $ 7,500.00 |
| | $ 1,400.00 | $ 4,200.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 4,200.00 | $ 16,800.00 |
| | $ 2,050.00 | $ 6,150.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 6,150.00 | $ 24,600.00 |
| | $ 1,650.00 | $ 4,950.00 | $ 1,650.00 | $ 1,650.00 | $ 1,650.00 | $ 4,950.00 | $ 19,800.00 |
| | $ 1,350.00 | $ 4,050.00 | $ 1,350.00 | $ 1,350.00 | $ 1,350.00 | $ 4,050.00 | $ 16,200.00 |
| | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 99,000.00 |
| | $ 650.00 | $ 1,950.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 1,950.00 | $ 7,800.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ 531,225.00 | $ 1,593,675.00 | $ 531,225.00 | $ 531,225.00 | $ 531,225.00 | $ 1,593,675.00 | $ 6,374,700.00 |
| | $ 3,775.00 | $ 11,325.00 | $ 3,775.00 | $ 3,775.00 | $ 3,775.00 | $ 11,325.00 | $ 45,300.00 |
| | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | |
| | $ 775.00 | $ 2,325.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 2,325.00 | |

# T-Rex Sports, LLC
Projected Cash Flow

| 2029 | JAN | FEB | MAR | Q1 TOTAL | APR | MAY | JUN | Q2 TOTAL | JUL | AUG |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | |
| Sales Revenue | $ 545,000.00 | $ 545,000.00 | $ 545,000.00 | $ 1,635,000.00 | $ 545,000.00 | $ 545,000.00 | $ 545,000.00 | $ 1,635,000.00 | $ 545,000.00 | $ 545,000.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH RECEIPTS** | $ 545,000.00 | $ 545,000.00 | $ 545,000.00 | $ 1,635,000.00 | $ 545,000.00 | $ 545,000.00 | $ 545,000.00 | $ 1,635,000.00 | $ 545,000.00 | $ 545,000.00 |
| **CASH PAYMENT** | | | | | | | | | | |
| Cost of Goods Sold | $ 523,000.00 | $ 523,000.00 | $ 523,000.00 | $ 1,569,000.00 | $ 523,000.00 | $ 523,000.00 | $ 523,000.00 | $ 1,569,000.00 | $ 523,000.00 | $ 523,000.00 |
| Office Rent | $ 1,825.00 | $ 1,825.00 | $ 1,825.00 | $ 5,475.00 | $ 1,825.00 | $ 1,825.00 | $ 1,825.00 | $ 5,475.00 | $ 1,825.00 | $ 1,825.00 |
| Utilities | $ 650.00 | $ 650.00 | $ 650.00 | $ 1,950.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 1,950.00 | $ 650.00 | $ 650.00 |
| Show Setup and Expenses | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 |
| Travel for Shows | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 6,300.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 6,300.00 | $ 2,100.00 | $ 2,100.00 |
| Health Insurance | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 5,250.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 5,250.00 | $ 1,750.00 | $ 1,750.00 |
| Shipping | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 |
| Guaranteed Payment to Partner | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 |
| Other | $ 700.00 | $ 700.00 | $ 700.00 | $ 2,100.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 2,100.00 | $ 700.00 | $ 700.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL CASH PAYMENTS** | $ 541,175.00 | $ 541,175.00 | $ 541,175.00 | $ 1,623,525.00 | $ 541,175.00 | $ 541,175.00 | $ 541,175.00 | $ 1,623,525.00 | $ 541,175.00 | $ 541,175.00 |
| **NET CASH FLOW** | $ 3,825.00 | $ 3,825.00 | $ 3,825.00 | $ 11,475.00 | $ 3,825.00 | $ 3,825.00 | $ 3,825.00 | $ 11,475.00 | $ 3,825.00 | $ 3,825.00 |
| **CREDITOR PAYMENT PLAN** | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 |
| **COMPANY RESERVES** | $ 825.00 | $ 825.00 | $ 825.00 | $ 2,475.00 | $ 825.00 | $ 825.00 | $ 825.00 | $ 2,475.00 | $ 825.00 | $ 825.00 |

# MONTHLY CASH FLOW

Prepared by: Robert Parsons
Date Last Updated: 2/3/2025

| | SEP | Q3 TOTAL | OCT | NOV | DEC | Q4 TOTAL | Total |
|---|---|---|---|---|---|---|---|
| | $ 545,000.00 | $ 1,635,000.00 | $ 545,000.00 | $ 545,000.00 | $ 545,000.00 | $ 1,635,000.00 | $ 6,540,000.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | **$ 545,000.00** | **$ 1,635,000.00** | **$ 545,000.00** | **$ 545,000.00** | **$ 545,000.00** | **$ 1,635,000.00** | **$ 6,540,000.00** |
| | $ 523,000.00 | $ 1,569,000.00 | $ 523,000.00 | $ 523,000.00 | $ 523,000.00 | $ 1,569,000.00 | $ 6,276,000.00 |
| | $ 1,825.00 | $ 5,475.00 | $ 1,825.00 | $ 1,825.00 | $ 1,825.00 | $ 5,475.00 | $ 21,900.00 |
| | $ 650.00 | $ 1,950.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 1,950.00 | $ 7,800.00 |
| | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 17,400.00 |
| | $ 2,100.00 | $ 6,300.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 6,300.00 | $ 25,200.00 |
| | $ 1,750.00 | $ 5,250.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 5,250.00 | $ 21,000.00 |
| | $ 1,450.00 | $ 4,350.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 4,350.00 | $ 17,400.00 |
| | $ 8,250.00 | $ 24,750.00 | $ 8,250.00 | $ 8,250.00 | $ 8,250.00 | $ 24,750.00 | $ 99,000.00 |
| | $ 700.00 | $ 2,100.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 2,100.00 | $ 8,400.00 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | **$ 541,175.00** | **$ 1,623,525.00** | **$ 541,175.00** | **$ 541,175.00** | **$ 541,175.00** | **$ 1,623,525.00** | **$ 6,494,100.00** |
| | $ 3,825.00 | $ 11,475.00 | $ 3,825.00 | $ 3,825.00 | $ 3,825.00 | $ 11,475.00 | $ 45,900.00 |
| | $ 3,000.00 | $ 9,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 9,000.00 | |
| | $ 825.00 | $ 2,475.00 | $ 825.00 | $ 825.00 | $ 825.00 | $ 2,475.00 | |